1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11

ISMAEL BOJORQUEZ,                    ) NO. CV 09-3889 JSL (SS)
                                     )
12              Petitioner,          ) **ORDER ACCEPTING FINDINGS,**
                                     )
13         v.                        ) **CONCLUSIONS AND RECOMMENDATIONS OF**
                                     )
14  DOMINGO URIBE, JR., ET AL.,      ) **UNITED STATES MAGISTRATE JUDGE**
                                     )
15              Respondents.         )
    _____ )

16
17
18

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition,

19

all the records and files herein, the Report and Recommendation of the

20

United States Magistrate Judge, and Petitioner's Objections.   After

21

having made a <u>de novo</u> determination of the portions of the Report and

22

Recommendation to which Objections were directed, the Court concurs with

23

and accepts the findings and conclusions of the Magistrate Judge.

\\

24

\\

25

\\

26

\\

27

\\

28

1        **IT IS ORDERED** that the Petition is denied and Judgment shall be

2   entered dismissing this action with prejudice.

3

4        **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and

5   the Judgment herein on Petitioner and counsel for Respondent.

6

7        **LET JUDGMENT BE ENTERED ACCORDINGLY.**

8

9   Dated: 12/2/11

10

11                                                    _____
                                                      J. SPENCER LETTS
12                                                    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28