**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISMAEL BOJORQUEZ,<br><br>        Petitioner,<br><br>     v.<br><br>DOMINGO URIBE, JR., ET AL.,<br><br>        Respondents. | NO. CV 09-3889 JSL (SS)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 12/2/11

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE